IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 2013-CV-5181 |
| v. ) | |
| ) | |
| VITA FOOD PRODUCTS, INC.; NARDO OVANDO; ) | |
| and KARINA BAEZ, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

NOW COMES Plaintiff Cincinnati Insurance Company ("Cincinnati") and Defendant Vita Food Products, Inc. ("Vita Food"), by and through their undersigned attorneys, and in accord with the terms of the agreement reached between the parties regarding the defense of Vita Food with respect to the underlying personal injury lawsuit filed by Nardo Ovando and Karina Baez in the Circuit Court of Cook County, Illinois (the "Underlying Lawsuit"), the Parties submit that such agreement removes the need for a trial on the duty to defend in this case. The Parties also submit that further proceedings before this Court as to Cincinnati's potential duty to indemnify Vita Food are presently unripe given the current procedural posture of the Underlying Lawsuit and the fact that Vita Food's liability, if any, has not been determined. Therefore, subject to a mutual reservation of all rights with respect to indemnity issues, the Parties agree and mutually submit this Joint Stipulation for Dismissal without Prejudice for the purpose of dismissing this matter without prejudice, with the parties to pay their own costs, with the Court retaining jurisdiction to enforce the terms of the parties' agreement.

Dated: March 23, 2016

Respectfully submitted,

By: \_\_/s/ Brian M. Reid_____
Attorneys for Cincinnati Insurance Company
Brian M. Reid (ARDC #06216739)
LITCHFIELD CAVO LLP
303 West Madison Street
Suite 300
Chicago, Illinois 60606
reid@litchfieldcavo.com
(312) 781-6617
(312) 781-6630 (Fax)

By: \_\_/s/ Steven P. Blonder (with permission)\_
Attorneys for Vita Food Products, Inc.
Steven P. Blonder (ARDC# 6215773)
Much Shelist, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
sblonder@muchshelist.com
(312) 521-2402
(312) 521-2302 (Fax)

## CERTIFICATE OF SERVICE

    I hereby certify that on March 23, 2016, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Steven P. Blonder
>Much Shelist, P.C.
>191 North Wacker Drive
>Suite 1800
>Chicago, Illinois 60606

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

>None.

By: /s/ Brian M. Reid
Attorneys for Cincinnati Insurance Company
Brian M. Reid (ARDC #06216739)
LITCHFIELD CAVO LLP
303 West Madison Street
Suite 300
Chicago, Illinois 60606
(312) 781-6617 (Reid)
(312) 781-6630 Facsimile
reid@litchfieldcavo.com