# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Cincinnati Insurance Company

                              Plaintiff,

v.                                                         Case No.: 1:13−cv−05181

                                                              Honorable Edmond E. Chang

Vita Food Products, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 23, 2016:

       MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the stipulated dismissal, R. 69, the case is dismissed without prejudice, each side to pay their own fees and costs, with the Court retaining jurisdiction to enforce the terms of the parties' settlement agreement. The dismissal is without prejudice to the unripe duty to indemnify claim, over which there is no Article III jurisdiction at this time. Status hearing of 03/24/2016 is vacated. Civil case terminated.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.